IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGNATIO FIGUEROA and<br>CARLOS NARARRO, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | 8:06CV748 |
| vs. | ) <br> ) | ORDER |
| TYSON FOODS, INC., | ) <br> ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Hugh I. Abrahamson to withdraw as counsel for the plaintiffs (Filing No. 3). Mr. Abrahamson states he and his law firm is no longer able to represent the plaintiffs due to illness. Mr. Abrahamson states he has spoken to the plaintiffs and they do not oppose his withdrawal. The certificate of service for the motion reflects it was served on the plaintiffs. However, no new counsel has made an appearance on behalf of the plaintiffs. Therefore, the plaintiffs shall have an opportunity to respond to the motion and/or obtain substitute counsel. Upon consideration,

**IT IS ORDERED:**

1. Hugh I. Abrahamson's motion to withdraw (Filing No. 3) is held in abeyance.

2. The plaintiffs shall have to **on or before March 29, 2007**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiffs will be considered proceeding *pro se* and counsel for the defendant may communicate with the claimant directly regarding this case.

3. Under the circumstances, the plaintiffs shall have an extension of time serve the defendant, pursuant Federal Rule of Civil Procedure 4(m), **until May 8, 2007**.

4. The Clerk of Court shall send a copy of this order to each of the plaintiffs at:

| | |
|---|---|
| Ignacio Figueroa | Carlos Navarro |
| 1309 Logan | 4904 W. Norfolk Avenue, Lot 1 |
| Norfolk, NE  68701 | Norfolk, NE  68701 |

DATED this 27th day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge