IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGNATIO FIGUEROA and<br>CARLOS NAVARRO, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:06CV748 |
| vs. | )<br>) | ORDER |
| TYSON FOODS, INC., | )<br>) | |
| Defendant. | ) | |

This matter is before the court upon the return of mail send by the court to the plaintiff Carlos Navarro.  **See** Filing No. 5.  It has come to the court's attention that the Order (Filing No. 4) was not send to Mr. Navarro's correct address.  Additionally, Mr. Navarro shall have an extension of the deadline to respond to Mr. Abrahamson's motion to withdraw or to obtain substitute counsel.  Accordingly,

**IT IS ORDERED:**

1. Carlos Navarro shall have to **on or before April 12, 2007**, to respond to the motion to withdraw by filing a brief with the Clerk of Court.  If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted.  If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiff directly regarding this case.

2. Under the circumstances, the plaintiffs shall have an extension of time serve the defendant, pursuant Federal Rule of Civil Procedure 4(m), **until May 22, 2007**.

3. The Clerk of Court shall send a copy of this order to both plaintiffs and send a copy of the Order dated February 27, 2007, to Mr. Navarro at:

    Ignacio Figueroa           Carlos Navarro
    1309 Logan                  4909 W. Norfolk Avenue, Lot 1
    Norfolk, NE  68701        Norfolk, NE  68701

DATED this 12th day of March, 2007.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                      United States Magistrate Judge