**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **IGNATIO FIGUEROA and** | ) | |
| **CARLOS NAVARRO,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:06CV748** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TYSON FOODS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Hugh I. Abrahamson to withdraw as counsel for the plaintiffs (Filing No. 3).  Mr. Abrahamson states he and his law firm is no longer able to represent the plaintiffs due to illness.  Mr. Abrahamson states he has spoken to the plaintiffs and they do not oppose his withdrawal.  The certificate of service for the motion reflects it was served on the plaintiffs.  The court afforded the plaintiffs an opportunity to respond to the motion and/or obtain substitute counsel, but neither plaintiff responded to the court's order.  **See** Filing Nos. 4 and 6.  Upon consideration,

**IT IS ORDERED:**

1.      Hugh I. Abrahamson's motion to withdraw (Filing No. 3) is granted.  The Clerk of Court shall stop all electronic notices to Hugh I. Abrahamson regarding this case.

2.      The plaintiffs Ignatio Figuero and Carlos Navarro are now proceeding *pro se* and counsel for the defendant may communicate with the plaintiffs directly.

3.      The Clerk of Court shall reassign this case to the *pro se* docket in accordance with the United States District Court for the District of Nebraska Pro Se Procedures III(C)(1).

4.      The plaintiffs have time serve the defendant, pursuant Federal Rule of Civil Procedure 4(m), **until May 22, 2007**.

5.      The Clerk of Court shall send a copy of this order to each of the plaintiffs at:

Ignacio Figueroa                    Carlos Navarro
1309 Logan                          4909 W. Norfolk Avenue, Lot 1
Norfolk, NE  68701                  Norfolk, NE  68701

DATED this 13th day of April, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge