IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IGNATIO FIGUEROA and<br>CARLOS NAVARRO,<br><br>        Plaintiffs,<br><br>        v.<br><br>TYSON FOODS, Inc.,<br><br>        Defendant. | 8:06CV748<br><br>ORDER AND DISMISSAL |

This matter is before the court on the notice of dismissal by plaintiff Carlos Navarro, Filing No. 30. Defendant has not filed an answer or motion for summary judgment. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(i),

IT IS ORDERED:

1. Plaintiff Carlos Navarro's claims against defendant Tyson Foods, Inc. are dismissed, without prejudice, each party to pay its own costs.

DATED this 25th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge