### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IGNATIO FIGUEROA,** | ) |
| Plaintiff, | )   **8:06CV748** |
| vs. | )   **ORDER** |
| **TYSON FRESH MEATS, INC.,** | ) |
| Defendant. | ) |

This matter is before the court *sua sponte.* On January 9, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 37. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before February 19, 2008 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED this 6th day of February, 2008.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge