## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **IGNATIO FIGUEROA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV748 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **TYSON FRESH MEATS, INC.,** | ) | |
| a subsidiary of TYSON FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of Jerome Okolo to withdraw as counsel for the plaintiff (Filing Nos. 44 and 46). Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. Mr. Figeroa consents to the withdrawal. Additionally, Vincent Ekeh has made an appearance on behalf of the plaintiff. The court finds good cause shown pursuant to NEGenR 1.3(f) for the withdrawal. Upon consideration,

**IT IS ORDERED:**

1. Jerome Okolo's motions to withdraw (Filing Nos. 44 and 46) are granted.
2. The Clerk of Court shall stop all electronic notices to Mr. Okolo regarding this case.

DATED this 24th day of June, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge