IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IGNATIO FIGUEROA, | ) | 8:06CV748 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TYSON FRESH MEATS, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On November 25, 2008, the court entered a Memorandum and Order requiring Plaintiff to "show cause why this action should not be dismissed for failure to prosecute this matter diligently." (Filing No. 79 at CM/ECF p. 5.) The court warned Plaintiff that if he failed to "respond to the order to show cause, this action will be dismissed without prejudice and without further notice." (*Id.* at CM/ECF p. 4.) Plaintiff has not responded to the court's Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

3. Plaintiff is reminded that he has until January 29, 2009 to file a response to the pending Motion for Attorney Fees.

January 12, 2009.                    BY THE COURT:


                                     s/ Joseph F. Bataillon
                                     Chief United States District Judge